**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1172**

H.L.S.A.,

                    Petitioner,

          v.

MERRICK B. GARLAND, Attorney General,

                    Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals

Submitted: October 20, 2021                    Decided: November 22, 2021

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

H.L.S.A., Petitioner Pro Se. Madeline Henley, Sarah L. Martin, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

H.L.S.A., a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's decision denying his request for withholding of removal and protection under the Convention Against Torture. We have thoroughly reviewed the record and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *See In re H-L-S-A-*, 28 I. & N. Dec. 228 (B.I.A. 2021). We deny H.L.S.A.'s amended motion to stay removal and motion to appoint counsel. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*